UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THOMAS PADILLA, #18822-077, | ) | |
| | ) | CIVIL ACTION NO. |
| Petitioner, | ) | |
| | ) | 3:10-CV-2594-G (BK) |
| VS. | ) | |
| | ) | CRIMINAL ACTION NO. |
| UNITED STATES OF AMERICA, | ) | |
| | ) | 3:89-CR-095(02)-G |
| Respondent. | ) | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a

recommendation in this case.  No objections were filed.  The district court reviewed

the proposed findings, conclusions and recommendation for plain error.  Finding

none, the court **ACCEPTS** the findings, conclusions and recommendation of the

United States Magistrate Judge.

**SO ORDERED**.

February 24, 2011.

_____
**A. JOE FISH**
**Senior United States District Judge**